74,762-03,04,05

MR. JASON T. PEGUES #728196
HUNTSVILLE UNIT
815 12th STREET
HUNTSVILLE, TEXAS 77348

JULY 15,2015

TO: THE COURT OF CRIMINAL APPEALS
CLERK OF THE COURT: ABEL ACOSTA
P.O. BOX 12308
CAPITOL STATION
AUSTIN, TEXAS 78711

Re: Ex parte JASON TYRONE PEGUES v. THE STATE OF TEXAS

IN REFERENCE TO CAUSE No.94-DCR-026185 HC3 and 94-DCR-026185 HC4

[WR-74,762-03....WR-74,762-04....WR-74,762-05].

DEAR CLERK OF THE COURT:

ENCLOSED IS A COPY OF A MOTION THAT WAS FILED IN THE TRIAL COURT IN REFERENCE TO THE ABOVE MENTIONED CAUSE NUMBERS AND WRITS. IF YOU WILL PLEASE FILE THIS IN THE COURT SO THAT IT MAY BE TAKEN INTO CONSIDERATION UPON HEARING AND RULING, I WOULD REALLY APPRECIATE IT. THANK YOU FOR YOUR TIME AND ASSISTANCE.

RESPECTFULLY SUBMITTED,

JASON TYRONE PEGUES #728196
APPLICANT:

cc/file:

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUL 17 2015
Abel Acosta, Clerk

1 of 1

No.94-DCR-026185 HC3 and 94-DCR-026185 HC4

WR-74,762-03....WR-74,762-04....WR-74,762-05

**NOTICE TO THIS HONORABLE COURT**

Ex PARTE

Jason T. Pegues

§
§
§
§
§
§
§
§
§
§

THE FOLLOWING IS TO INFORM THIS HONORABLE COURT THAT A MOTION HAS
BEEN FILED IN THE TRIAL COURT, AND THAT THE APPLICANT HAS SENT A COPY
TO THIS HONORABLE COURT. IN SUPPORT OF SUCH MOTION SEE:

<u>Ex parte POND,418 S.W.3d 94 n.13 (TEX.CRIM.APP.2013)</u>:

Best practices include filing all materials with the
Trial Court before the Trial Judge has signed his
Findings of Fact and made his Recommendation
to this court. But an Applicant is not foreclosed from
amending or supplementing his materials even after
application is forwarded to this court, as long as those
materials are filed in the Trial Court.

RESPECTFULLY,

JASON T. PEGUES #728196
APPLICANT:

CC/FILE:

No.94-DCR-026185 HC3 and 94-DCR-026185 HC4

|  | § | |
| | § | |
| | § | IN THE 240th DISTRICT COURT |
| | § | |
| Ex Parte | § | |
| Jason TYRONE PEGUES | § | |
| | § | OF |
| | § | |
| | § | |
| | § | FORT BEND COUNTY, TEXAS |
| | § | |

Applicant's Motion Requesting The Court To
Hold HC3 and HC4 For 30 Days so Applicant Can
Supplement and Amend The Applications

Comes now, Jason Tyrone Pegues #728196, Applicant, Pro-se, in the above styled and numbered cause of action respectfully file this Motion Requesting The Court To Hold 94-DCR-026185 HC3 and HC4 so the Applicant CannSupplement Amend the Applications due to the reconsideration of 94-DCR-026185 HC3 and 94-DCR-026185 HC4 by this court based on the perjury made by attorney Cary M.Faden in his first affidavit that was attached to and referenced in the State's earlier responde to both third and fourth writs of habeas corpus. The applicant would also like to show this Honorable Court the following:

## PROCEDURAL HISTORY

Applicant filed his initial application 11.07 (HC3) around February 10,2014 and on August 27,2014, the Court of Criminal Appeals denied the writ without written order. On December 10,2014, applicant filed a subsequent application 11.07 (HC4)[WR-74,762-04] and on March 4,2015 the Court OF Criminal Appeals Dismissed the application without written order, in which this court reconsidered (HC4) and on June 10,2015, the Court of Criminal Appeals Dismissed HC4 (WR-74,762-

-1-

05) without written order. Applicant then filed a post-conviction Motion For Forensic DNA Testing, and upon the State Investigating the DNA Testing Motion, on June 30,2015, the State filed a Supplemental Amended Answer and Supplemental Amended Findings of Fact & Conclusions of Law, Reconsidering the applicant's applications 94-DCR-026185 HC3 and 94-DCR-026185 HC4 due to the perjury and error made by attorney Cary M.Faden in his first affidavit which was attached and referenced in the State's responses to applicant's third and fourth writs, and for the Respondent contacting Judge David Newell regarding his thoughts on the applicant's third application.

## PURPOSE OF MOTION

Due to the reconsideration of the applicant's third and fourth writ for habeas corpus based on the State's perjury and error, the applicant is requesting that this Honorable Court hold the applicant's applications HC3 and HC4 for 30 days from the date of filing this Motion so that applicant can Supplementaand Amend the applications which were reconsidered. See Ex Parte POND,413 S.W.3d 94 n.13 (Tex. Crim.App.2013):

> Best practices include filing all materials with the
> Trial Court before the Trial Judge has signed his
> Findings of Fact and made his Recommendation
> to this Court. But an Applicant is not foreclosed from
> amending or supplementing his materials even after
> Application is forwarded to this Court,as long as those
> materials are filed in the Trial Court.

The applicant also request that the applicant be appointed to counsel based on the facts, the record, surfacing the many unresolved issues in the current proceedings of this case 26185. With the

-2-

applicant being Pro-se and layman of the law, there are some filings that can be filed unknown to the applicant which could assist him in these proceedings or harm him . Upon being appointed counsel, the applicant request that the appointed counsel do not file anything until the applicant and the appointed counsel have discussed all area's of the proceedings, asking this Honorable Court to order the appointed counsel to show proof that the applicant and appointed cpunsel have done as such.

Lastly, the applicant request anLive Evidentiary Hearing based on the credibility of all those who have responded to the habeas corpus proceedings as well as the DNA Testing Motion Investigation that is currently active in this case.aAttorney Cary M.Faden was very aware of what the DNA test results were because he was the one who cross-examined the crime lab criminalist Monica Thompson. The bottom line is that if the applicant would not have filed a Motion For Forensic DNA Testing, attorney Cary M.Faden's perjury would not have possibly ever came to light. So the question is what other lies have been told and how long have these false and slandering statements been stated. Out of all these proceedings, the applicant only request for a New Punishment Hearing. However, factually, legally, and procedurally there are some unresolved issues that needs to be addressed and fairly adjudicated.

### PRAYER

WHEREFORE PREMISES CONSIDERED, applicant, <u>Jason Tyrone Pegues #728196</u>, respectfully prays that this Honorable Court grant this Motion requesting the court to hold HC3 and HC4 for 30 Days so applicant can Supplement and Amend the applications, as well as appoint the applicant to counsel for the habeas proceedings and DNA Testing

proceeding. Based on the perjury and error by the State, questions the crdibility of those representing the State who have spoken and responded in proceedings pertaining to this case 26185.TThe applicant prays that this Honorable Court agrees that a Live Evidentiary Hearing is reasonable and entitled to the applicant. Over-all the applicant prays that this Honorable Court have mercy and grant this Motion that has been presented respectfully to this Honorable Court.

EXECUTED ON THIS 15th day of JULY,2015.

Respectfully Submitted,

JASON T. PEGUES #728196
HUNTSVILLE UNIT
815th 12th STREET
HUNTSVILLE, TEXAS 77348

## CERTIFICATE OF SERVICE

I,Jason Tyrone Pegues #728196, The applicant, being presently confined in Walker County, Texas do hereby affirm that i have delivered the original of this Motion Requesting The Court To Hold HC3 and HC4 For 30 Days so Applicant Can Supplement and Amend The Applications to the prison mailroom officials for delivery to the following via U.S.Postal Service;

THE DISTRICT CLERK, ANNIE REBECCA ELLIOTT
OF FORT BEND COUNTY
240th JUDICIAL DISTRICT COURT
HONORABLE JUDGE THOMAS R.CULVER,III
301 JACKSON STREET
RICHMOND, TEXAS 77469

A copy of this Motion has been forwarded to:

THE COURT OF CRIMINAL APPEALS
P.O. Box 12308

Capitol Station

Austin, Texas 78711

file:

-4-

## INMATE DECLARATION

I, JASON TYRONE PEGUES #728196, Presently incarcerated in Walker County, Texas hereby declare under the penalty of perjury that the above mentioned in my Motion Requesting The Court To Hold HC3 and HC4 For 30 Days so Applicant Can Supplementaand Amend The Applications is true and correct.

Signed on this 15th day of JULY, 2015.

Respectfully Submitted,

JASON T. PEGUES #728196
Applicant:
HUNTSVILLE UNIT
815 12th STREET
HUNTSVILLE, TEXAS 77348

cc/file:

-5-